**ORIGINAL**

$50 FEE PAID
# 1186279
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 20  P  4: 15

CLERK'S OFFICE
AT BALTIMORE

DEP.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

PATRICIA OTEY

    Plaintiff

v.

AIGNER GROUP, INC.

    Defendant

Civil Action MJG-02-1237

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1 (b) of this Court, James G. Koutras, Esquire, a member of the Bar of this Court, moves for the admission of Rosemary Alito, Esquire, to appear pro hac vice in the above-captioned proceeding as co-counsel for Defendant Aigner Group, Inc.

Movant and the proposed admittee respectfully certify the following:

1.    The proposed admittee is a member in good standing of the Bar of the State of New Jersey, United States District Court for the District of New Jersey and the United States Court of Appeals for the Third Circuit.

2.    During the past twelve (12) months immediately preceding the filing of this Motion, the proposed admittee has not been admitted pro hac vice in this Court.

3.    The proposed admittee has never been disbarred, suspended or denied admission to practice.

4.    The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence and the Rules of Professional Conduct and understands that she shall be subject to the disciplinary jurisdiction of this Court.

5.    Co-counsel for the proposed admittee in these proceedings will be the undersigned, who has been formally admitted to the bar of this Court.

6.    It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                    PROPOSED ADMITTEE:

_____                    _____
James G. Koutras                           Rosemary Alito
McCARTER & ENGLISH, LLP                    McCARTER & ENGLISH, LLP
201 North Charles Street                   Four Gateway Center
Suite 2402                                 100 Mulberry Street
Baltimore, Maryland 21201                  Newark, New Jersey 07102
Tel: (410) 385-1088                        Tel: (973) 622-4444
Fax: (410) 385-1480                        Fax: (973-624-7070
Bar No. 012689

Prid 288462
Plid 848609

**ORDER**

Motion ____V____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

_____                    _____
Date  June 19, 2002                        Judge, United States District Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2002 a copy of the foregoing Motion for Admission Pro Hac Vice was mailed, postage pre-paid to:

>Tony Shaw, Esquire
>1522 K Street, NW
>Suite 840
>Washington, D.C. 20005

James G. Koutras