**ORIGINAL**

UNITED STATES DISTRICT COURT OF MARYLAND
SOUTHERN DIVISION

2002 AUG 30 P 3:02

| | |
|---|---|
| Ms. Patricia A. Otey )<br>13503 Attleboro Court )<br>Apt. #12 )<br>Laurel, MD 20708 )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>Etienne Aigner Outlet Store )<br>7600 Clark Road )<br>Space #427 )<br>Hanover, MD 21076 )<br>)<br>Respondent ) | Case No.: MJG-02-1237<br>FEPA #A2-1202<br>EEOC #120A200157<br><br>✓ FEE PAID<br><br>___ FEE NOT PAID<br>(SEND LETTER) |

## REQUEST TO ADMIT TONY O. SHAW PRO HAC VICE

COMES NOW, **Alex Chanthunya, Esquire**, a member in good standing of the Bar of the State of Maryland, pursuant to Maryland Rule 101.1(b), and respectfully requests that Tony O. Shaw be admitted to the Bar of this state pro hac vice for the purposes of this case as counsel for the Defendant in this action and for good cause counsel states the following:

1. I am a member in good standing of the Bar of the State of Maryland (admitted November 1997) and my address is 11228 Georgia Avenue, Suite 4, Silver Spring, MD 20902, (301) 962-4222.

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

3. I am a colleague of Mr. Shaw who is a member of good standing of the District of Columbia Bar.

*[Handwritten note: Denied without prejudice to application for admission to the Bar of this Court. /s/ Marvin J. Garbis, District Judge, 8/30/02]*

4. That during the past twelve (12) months immediately preceding the filing of this Motion, the proposed admittee has not been admitted pro hac vice in this Court.

5. That the proposed admitee is an experienced trial attorney and is familiar with the Federal Rules of Civil Procedures, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct and is aware that if this Motion is granted he shall be subject to the disciplinary actions of this Court.

6. That Local Counsel further requests that Attorney Shaw be authorized to appear before this Court without the presence of Local Counsel.

7. That it is further understood that admission pro hac vice is only for the case herein.

8. I will assist Mr. Shaw as needed in this matter.

Respectfully submitted,

_____
Alex Chanthunya, #14491
11228 Georgia Avenue
Suite 4
Silver Spring, MD 20902
(301) 962-4222

UNITED STATES DISTRICT COURT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Ms. Patricia A. Otey )<br>13503 Attleboro Court )<br>Apt. #12 )<br>Laurel, MD  20708 )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>Etienne Aigner Outlet Store )<br>7600 Clark Road )<br>Space #427 )<br>Hanover, MD  21076 )<br>)<br>Respondent ) | Case No.:  MJG-02-1237<br>FEPA #A2-1202<br>EEOC #120A200157 |

## POINTS AND AUTHORITIES

1. Maryland Rule 101.1(b)

2. The record herein.

3. The inherent power of this Court.

_____
Alex Chanthunya, Esquire

UNITED STATES DISTRICT COURT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Ms. Patricia A. Otey )<br>13503 Attleboro Court )<br>Apt. #12 )<br>Laurel, MD 20708 )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>)<br>)<br>Etienne Aigner Outlet Store )<br>7600 Clark Road )<br>Space #427 )<br>Hanover, MD 21076 )<br>)<br>Respondent ) | Case No.: MJG-02-1237<br>FEPA #A2-1202<br>EEOC #120A200157 |

### LINE

To the Clerk of the Court:

Please enter the appearance of **Tony O. Shaw** as counsel for Petitioner in the above captioned matter.

### CERTIFICATE OF GOOD STANDING

I, **Alex Chanthunya**, Esquire, hereby certify that and affirm that I am a member in good standing of the Bar of the State of Maryland. I was admitted to the U.S. District Court for the District of Maryland in November 1, 1999.

_____
Alex Chanthunya, Esquire

## CERTIFICATION

I, **Tony O. Shaw**, hereby certify that I have been specially admitted to the U.S. District Court for the District of Maryland on one other occasion during the twelve months preceding the filing of this request.

                     _____
                     Tony O. Shaw, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on the ___3rd___ day of ___July___, _____, a copy of the foregoing Request to Admit Tony O Shaw Pro Hac Vice, was faxed and mailed first class to:

Rosemary Alito
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

                     _____
                     Alex Chanthunya, Esquire

Law Office
Of
TONY O. SHAW
Attorney At Law
1522 K Street, NW
Suite 840
Washington, DC 20005
(202) 347-6796

# UNITED STATES DISTRICT COURT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| Ms. Patricia A. Otey<br>13503 Attleboro Court<br>Apt. #12<br>Laurel, MD 20708<br><br>    Petitioner<br><br>v.<br><br>Etienne Aigner Outlet Store<br>7600 Clark Road<br>Space #427<br>Hanover, MD 21076<br><br>    Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  MJG-02-1237<br>FEPA #A2-1202<br>EEOC #120A200157 |

## ORDER

UPON CONSIDERATION of counsel's request to Admit Tony O. Shaw Pro Hac Vice and any oral opposition hereto, it is by this Court this _____ day of _____, _____,

ORDERED, that Tony O. Shaw be and is admitted as counsel for Plaintiffs, and it is further;

ORDERED, that Tony O. Shaw be and is, authorized to address the Court without the presence of Local Counsel Alex Chanthunya.

 

                                                                                                         JUDGE

Tony O. Shaw, Esquire
1522 K Street, NW, Suite 840
Washington, D.C. 20005

Alex Chanthunya, Esquire
11228 Georgia Avenue
Suite 4
Silver Spring, MD 20902

Rosemary Alito
McCarter & English, LLP
Four Gateway Cener
100 Mulberry Street
Newark, New Jersey 07102

otey.prohacvice

Law Office
Of
TONY O. SHAW
Attorney At Law
1522 K Street, NW
Suite 840
Washington, DC 20005
(202) 347-6796