IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA OTEY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: MJG-02-1237 |
| | ) | |
| ETIENNE AIGNER GROUP, INC. | ) | |
| | ) | |
| Defendant | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Patricia Otey, hereby dismisses, with prejudice, all claims against defendant, Etienne Aigner Group, Inc., incorrectly named in the Complaint as "Etienne Aigner Outlet".

_____
Tony O. Shaw
1522 K Street, NW, Suite 840
Suite 840
Washington, DC  20005
202/347-6796
Attorney for Plaintiff

_____
Barron L. Stroud, Jr.
McCarter & English, LLP
201 N. Charles Street
Suite 2402
Baltimore, MD  21202
410/385-1088
Attorney for Defendant

otey.stipulation

Approved this 14th day of November, 2002

_____
Marvin J. Garbis
United States District Judge